United States District Court
Southern District of Texas
**ENTERED**
July 26, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DEPARTMENT OF HOMELAND SECURITY, | § | |
| | § | |
| Petitioner, | § | |
| VS. | § | MISC. ACTION 4:20-2042 |
| | § | |
| HASAN ZAHID, | § | |
| | § | |
| Respondent. | § | |

# ORDER

Before the Court is Petitioner Department of Homeland Security's (DHS) Amended Petition for Emergency Court Order for Involuntary Medical Monitoring and Involuntary Administration of Hydration and/or Nutrition. Dkt. 3. Respondent is an immigrant detainee in federal custody who has refused to eat since June 20, 2020. DHS seeks authorization to administer food and hydration without Respondent's consent. DHS's petition is **DENIED WITHOUT PREJUDICE** because DHS does not address the issue of notice to Respondent and, furthermore, has not submitted a proposed order.

Under Federal Rule of Civil Procedure 65, the Court "may issue a temporary restraining order without written or oral notice to the adverse party," as sought here,

> *only* if (A) specific facts in an affidavit or a verified complaint clearly show that immediate and irreparable injury, loss, or damage will result to the movant before the adverse party can be heard in opposition; *and* the movant's attorney certifies in writing any efforts made to give notice and the reasons why it should not be required.

Fed. R. Civ P. 65(b)(1)(A)-(B) (emphases added).

DHS has not met Rule 65's requirements for issuing a temporary restraining order without notice to Respondent. The Court therefore denies relief without prejudice on this record. DHS may submit supplemental documentation.

The Court will hold a preliminary injunction hearing by phone on **Monday, July 27, 2020, at 11:30 A.M.** All counsel of record receiving this Order will notify Respondent and any other counsel who make an appearance in this case of the hearing and instructions for attending the hearing. Counsel are also instructed to make all reasonable efforts to facilitate Respondent's appearance at the hearing. The call-in instructions for the hearing are as follows:

https://www.zoomgov.com/j/1604073525?pwd=cDNCcFJxMTl1cnN4S1JoYm95VTBMdz09

Meeting ID: 160 407 3525

Password: 015381

SIGNED at Houston, Texas, this 24th day of July, 2020.

George C. Hanks Jr.

GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE