# HEARING MINUTES

Cause No: 4:20-cv-02042

Style: Department of Homeland Security v. Zahid

Hearing Type: Injunction Hearing

**Appearances:**

| **Counsel** | **Representing** |
|---|---|
| Ariel Nicole Wiley | Petitioner |
| *Representing himself, via translator* | Respondent |

Date: July 27, 2020
Time: 11:42 A.M.–12:14 P.M.

Court Reporter: K. Metzger
Law Clerk: B. Zubay

At the hearing, the following rulings were made as stated on the record:

Hearing held.

Petitioner Department of Homeland Security's Renewed Amended Petition for Emergency Court Order for Involuntary Medical Monitoring and Involuntary Administration of Hydration and/or Nutrition (Dkt. 5) is **GRANTED**.

The Court will separately enter a written Order.